# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 09-1019-CV-W-DGK |
| ) | |
| CHRIS L. SLAUGHTER ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION AND ORDER

On April 29, 2010, the United States filed a Motion for Examination of Judgment Debtor. On May 6, 2010, this case was referred to this Court for processing and handling, pursuant to Local rule 72.1. On May 10, 2010, this Court entered an Order Setting Examination of Judgment Debtor requiring defendant Chris L. Slaughter to appear on June 22, 2010, to undergo an examination, under oath, concerning his ability to satisfy plaintiff's judgment. A copy of the Order Setting Examination of Judgment was served upon the defendant by regular and certified mail, at the defendant's last known address of 10511 E. 80th St., Raytown, MO 64138. Notice of the examination sent to the defendant by regular mail was not returned by the United States Postal Service. The defendant failed to appear on June 22, 2010, for the examination ordered.

A Motion for Order to Show Cause why Defendant Should not be Held in Contempt was filed by the United States on June 23, 2010. On June 23, 2010, this Court issued an Order to Show Cause directing the defendant to show cause, in writing, within fifteen days from date of the Order why he should not be held in contempt for failing to appear on June 22, 2010, as ordered. The defendant was warned that failure to respond to this Court's show cause order

would subject him to arrest and punishment for contempt.  As of this date, the defendant has not filed a response to this Court's June 23, 2010, show cause order.

Defendant Chris L. Slaughter has failed to show cause why he should not be held in contempt for failing to appear at the June 22, 2010, judgment debtor examination.  Accordingly, it is

RECOMMENDED that the United States District Court Judge, after making his own independent review of the record, hold the defendant in contempt of this Court, and direct the United States Marshal for the Western District of Missouri to arrest the defendant, and bring him before the Court.  If is further

ORDERED that the Clerk of the United States District Court is directed to serve a copy of this Report and Recommendation, by certified mail and regular United States mail, upon the defendant Chris L. Slaughter, at his last known address of  10511 E. 80th St., Raytown, MO 64138.

Under 28 U.S.C. § 636(b)(1), the parties may make specific written exceptions to this recommendation within 14 days.  If additional time is needed, a motion for extension of time must be filed within ten days.  The motion should states the reasons for the request.  See Nash v. Black, 781 F.2d 665, 667 (8th Cir. 1986) (citing Thomas v. Arn, 474 U.S. 140 (1985); Messimer v. Lockhart, 702 F.2d 729 (8th Cir. 1983).  Failure to make specific written exceptions to this report and recommendation may result in a waiver of the right to appeal.

   /s/ John T. Maughmer    
John T. Maughmer
United States Magistrate Judge