# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. |
| ) | 09-1019-CV-W-DGK |
| CHRIS L. SLAUGHTER, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 14, 2010, the Honorable John T. Maughmer, United States Magistrate Judge for the Western District of Missouri, issued his Report and Recommendation recommending that Defendant be held in contempt and that the United States Marshal for the Western District of Missouri be directed to arrest Defendant and bring him before the Court. Defendant did not file an objection to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C); Local Rule 74.1(a)(2). The Court's independent review of the record confirms that Defendant failed to appear before Judge Maughmer on June 22, 2010, to undergo an examination concerning his ability to satisfy Plaintiff's judgment. Defendant also failed to show cause why he should not be held in contempt of this Court for failing to appear. The Court adopts Judge Maughmer's recommendation. Defendant is held in contempt of this Court and the United States Marshal for the Western District of Missouri is directed to arrest Defendant and bring him before the Court.

**IT IS SO ORDERED**  /s/ Greg Kays
GREG KAYS, JUDGE
United States District Court

Dated: August 3, 2010